IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00265-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODOLFO RODRIGUEZ-MIJARES,

    Defendant.

___

## ORDER TO RESET SENTENCING HEARING
___

    This matter is before the Court *sua sponte*.  The sentencing set for February 3, 2006 at 8:00 a.m. is RESET to February 3, 2006 **at 9:30 a.m.**

    DATED: January 26, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge