IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00265-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RODOLFO RODRIGUEZ-MIJARES,

      Defendant.

---

## ORDER TO RESET SENTENCING HEARING

---

Defendant's Motion to Continue Sentencing Hearing (Dkt. # 48) is GRANTED.

The sentencing set for February 3, 2006 at 9:30 a.m. is RESET to **February 10, 2006 at 10:00 a.m.**

      DATED: January 27, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge