IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00265-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODOLFO RODRIGUEZ-MIJARES,

    Defendant.

## ORDER TO RESET SENTENCING HEARING

In light of telephone conversations with both government and defense counsel, the sentencing scheduled set for February 10, 2006 is RESET to **February 28, 2006 at 8:30 a.m.**

    DATED: January 30, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge