# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE PHILLIP S. FIGA

Courtroom Deputy: Valeri P. Barnes  　　　　　　　　　　Date: February 28, 2006
Court Reporter: Adrienne Whitlow
Probation Officer: Pete Stein
Interpreter: Susana Cahill

Criminal Action No. 05-cr-00265-PSF

*Parties:*　　　　　　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　　　　　　Wayne Campbell

　　　Plaintiff,

v.

RODOLFO RODRIGUEZ-MIJARES,　　　　　　　　　Donald Lozow

　　　Defendant.

_____

## SENTENCING MINUTES
_____

**8:35 a.m.**　　　**Court in session.**

Defendant present in custody.

**Change of Plea Hearing:** November 10, 2005.

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:** Government's §5K1.1 Motion **(52)** is **granted.**

**ORDER:** Count Two is **dismissed.**

The Government shall submit proposed orders for the above two orders for the Court's signature.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **65 months.**

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **five years.**

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay for the cost of treatment as directed by probation.
- (X) Defendant, if deported, shall not return to the United States illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**

Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**8:49 a.m.** **Court in recess.**

Total in-court time: 00:14.